UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.16-cv -63041 WPD/Snow

ROBERTO GONZALEZ
    Plaintiff

vs.

YASCAR ENTERPRISE, INC. d/b/a TIN CUP
    Defendant.
_____/

## **DEFENDANT YASCAR ENTERPRISE, INC.'S CORPORATE DISCLOSURE STATEMENT**

    Defendant Yascar Enterprise, Inc. by and through undersigned counsel certifies that the Defendant Yascar Enterprise, Inc. d/b/a/ Tin Cup is a non-governmental corporate party.

    Yascar Enterprise, Inc. is a duly formed Florida Corporation doing business as Tin Cup .and does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of the Defendant's stock.

Date:   February 1, 2017            Respectfully submitted by,

                                                /s/ Lydia B. Cannizzo
                                                Lydia B. Cannizzo (161543)
                                                Cannizzo & Chamberlin, P.A.
                                                8759 SW 53rd Street
                                                Cooper City, FL 33328
                                                Phone: 954-680-1699
                                                Email: Lydia.Cannizzo@CannizzoChamberlin.net
                                                Attorney for the Defendant Yascar Enterprise, Inc.

## **Certificate of Service**

    **I hereby certify** that a true and correct copy of the foregoing was served by email to Plaintiff's counsel The Advocacy Group, 5771 Johnson Street, Unit 3597, Hollywood, FL 33083 to Jessica L. Kerr, service@advocacypa.com and Jaci R. Mattocks

Service@advocacypa.com on the 1st day of February, 2017 on all counsel or parties of record on the Attached Service List below.

/s/ Lydia B. Cannizzo
Lydia B. Cannizzo (161543)
Cannizzo & Chamberlin, P.A.
8759 SW 53rd Street
Cooper City, FL 33328
Phone: 954-680-1699
Email: Lydia.Cannizzo@CannizzoChamberlin.net
Attorney for the Defendant Yascar Enterprise, Inc.

## SERVICE LIST

Jessica L. Kerr (92810)
service@advocacypa.com
Jaci R. Mattocks (115765)
service@advocacypa.com
The Advocacy Group
5771 Johnson Street, Unit 3597
Hollywood, FL 33083