UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-63041-WPD

ROBERTO GONZALEZ,

    Plaintiff,

vs.

YASCAR ENTERPRISE, INC.
d/b/a TIN CUP,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, ROBERTO GONZALEZ, and Defendant, YASCAR ENTERPRISE, INC. d/b/a TIN CUP, by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action without prejudice, with each party to bear their own attorneys' fees and costs.

AGREED and STIPULATED on this 2nd day of February, 2017.

| | |
|---|---|
| */s/ Jessica L. Kerr* | */s/ Lydia B. Cannizzo* |
| Jessica L. Kerr, Esquire | Lydia B. Cannizzo, Esq. |
| Florida Bar No. 92810 | Florida Bar No. 161543 |
| */s/ Jaci R. Mattocks* | **CANNIZZO & CHAMBERLIN, P.A.** |
| Jaci R. Mattocks, Esquire | 8759 SW 53rd Street |
| Florida Bar No. 115765 | Cooper City, Florida 33328 |
| **THE ADVOCACY GROUP** | Telephone: (954) 680-1699 |
| 333 La Olas Way, CU1, Suite 311 | Email: Lydia.Cannizzo@CannizzoChamberlin.net |
| Hollywood, FL 33301 | *Counsel for Defendant* |
| Telephone: (954) 282-1858 | |
| Facsimile: (844) 786-3694 | |
| Email: service@advocacypa.com | |
| *Counsel for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of February 2017, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**THE ADVOCACY GROUP**
333 La Olas Way, CU3, Suite 311
Hollywood, FL 33301
Telephone: (954) 282-1858
Facsimile: (844) 786-3694
Email: service@advocacypa.com

By: */s/ Jessica L. Kerr*
Jessica L. Kerr, Esquire
Florida Bar No. 92810

*/s/ Jaci R. Mattocks*
Jaci R. Mattocks, Esquire
Florida Bar No. 115765