UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-63041-CIV-DIMITROULEAS

ROBERTO GONZALEZ,

    Plaintiff,

vs.

YASCAR ENTERPRISE, INC. d/b/a
TIN CUP,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Stipulation of Dismissal Without Prejudice [DE 11] (the "Stipulation"), filed herein on February 2, 2017. The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 11] is **APPROVED**;

2. Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed; and

3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 6th day of February, 2017.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

1

Copies to:
Counsel of Record

2